IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Goodman, Claudette | Case Number: 06 B 16696 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 12/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed:  April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,200.00 | |
| Secured: | | 4,493.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,344.91 |
| Trustee Fee: | | 361.71 |
| Other Funds: | | 0.00 |
| Totals: | 6,200.00 | 6,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,483.00 | 1,344.91 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Ethel Washington | Secured | 1,160.81 | 474.54 |
| 4. | Mitsubishi Motors Credit Of America | Secured | 10,279.78 | 3,500.00 |
| 5. | Option One Mortgage Corp | Secured | 6,000.00 | 518.84 |
| 6. | Illinois Dept of Revenue | Priority | 471.56 | 0.00 |
| 7. | T Mobile USA | Unsecured | 31.85 | 0.00 |
| 8. | Aspire Visa | Unsecured | 107.35 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 36.00 | 0.00 |
| 10. | Providian | Unsecured | 268.99 | 0.00 |
| 11. | Comcast Cablevision | Unsecured | 30.46 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 35.00 | 0.00 |
| 13. | Mitsubishi Motors Credit Of America | Unsecured | 1,459.65 | 0.00 |
| 14. | Premium Asset Recovery Corp | Unsecured | 12.50 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 40.98 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 28.53 | 0.00 |
| 17. | B-Line LLC | Unsecured | 49.33 | 0.00 |
| 18. | Peoples Energy Corp | Unsecured | 35.00 | 0.00 |
| 19. | Illinois Dept Of Employment Sec | Unsecured | 437.80 | 0.00 |
| 20. | HSBC Auto Finance | Unsecured | 74.12 | 0.00 |
| 21. | Illinois Dept of Revenue | Unsecured | 3.96 | 0.00 |
| 22. | Seventh Avenue | Unsecured | 52.98 | 0.00 |
| 23. | Asset Acceptance | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 26. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Goodman, Claudette | Case Number: 06 B 16696 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 12/18/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Credit Protection Association | Unsecured | | No Claim Filed |
| 28. | American Collection Corp | Unsecured | | No Claim Filed |
| 29. | LDG Financial Services, LLC | Unsecured | | No Claim Filed |
| 30. | H & F Law Offices | Unsecured | | No Claim Filed |
| 31. | Omni Credit Service | Unsecured | | No Claim Filed |
| 32. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 33. | Publishers Clearing House | Unsecured | | No Claim Filed |
| | | | $ 23,099.65 | $ 5,838.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 15.12 |
| 5.4% | 185.50 |
| 6.5% | 69.65 |
| 6.6% | 91.44 |
| | $ 361.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*